UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN HAYS,

        Plaintiff,

v.

WASCO STATE PRISON DOCTORS D YARD NURSES,

        Defendant.

No. C 14-5680 EDL (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a California state prisoner. Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 2.) Plaintiff's complaint describes events that occurred at Wasco State Prison in Wasco, California. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This Clerk shall terminate all pending motions and **TRANSFER** this case to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: March 23, 2015.

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.14\Hays680.trn.wpd